FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUL 24 AM 9: 27
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR305-024
)
MARQUIS CORTEZ WILSON, )
)
Defendant. )
)

## ORDER

Before the Court is Defendant's construed Motion for Credit for Prior Jail Time Served. (Doc. 236.) Defendant contends that he is entitled to an amended sentence because he has not received credit for time served while awaiting judicial review in this case. (Id.) After careful consideration, Defendant's motion is **DENIED**. It is only under very limited circumstances that a court may modify terms of imprisonment already imposed. See 18 U.S.C. § 3582(c). None of those circumstances are present here.

Additionally, any claim for credit for time served must be brought under 28 U.S.C. § 2241 after the exhaustion of any available administrative remedies. United States v. Nyhuis, 211 F.3d 1340, 1345 (11th Cir. 2000). Any § 2241 motion must be filed in the district of the prisoner's confinement. See 28 U.S.C. § 2241. According to the

Bureau of Prisons, Defendant is currently confined at Edgefield Federal Correctional Institution in Edgefield, South Carolina, located in the District of South Carolina. Thus, any motion seeking time served in the Southern District of Georgia is improper. For the foregoing reasons, Defendant's motion is **DENIED**.

SO ORDERED this 23rd day of July 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA