IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 3:05-cr-00024-6
)
Marquis Cortez Wilson, )
    Defendant. )
)
)

## O R D E R

Before the Court is Defendant Wilson's motion for a sentence reduction pursuant to the First Step Act of 2018 (Doc. 276). On February 4, 2019, Defendant filed a motion requesting court-appointed counsel in his pursuit of a sentence reduction pursuant to the First Step Act. On February 28, 2019, the Court denied Defendant's motion for counsel and also denied, sua sponte, a sentence reduction pursuant to that Act. The Court found that the First Step Act had no impact on Defendant's guideline calculations; therefore, he was not eligible for consideration for a sentence reduction.

Nothing has changed with respect to Defendant's eligibility for a sentence reduction. As such, Defendant's motion is **DENIED**.

SO ORDERED this 19th day of November, 2019.

WILLIAM T. MOORE, JR.
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA